**STATEMENT OF FACTS**

On October 16, 2019, Officer Justin Rogers of the Metropolitan Police Department (MPD) obtained District of Columbia Superior Court Search Warrant 2019 CSW 5348 for the location of 213 Mississippi Avenue, SE Apt. 202 in Washington, D.C.  Officer Rogers obtained the search warrant after obtaining information from a concerned citizen that the citizen had seen a shotgun inside the bedroom of Daniel Hurey at 213 Mississippi Avenue, SE Apt. 202 on October 14, 2019.  The concerned citizen identified Daniel Hurey with a date of birth of 5/18/1996 and Officer Rogers confirmed that Daniel Hurey has a prior felony conviction.  Officer Rogers also confirmed via multiple databases, including WALES/NCIC, Columbo and JUSTIS that Daniel Hurey resides at 213 Mississippi Avenue, SE. Apt. 202 in Washington, D.C.

On October 17, 2019 at approximately 6:57 a.m., officers from the MPD NSID GRU executed search warrant 2019 CSW 5348 at 213 Mississippi Avenue, SE Apt. 202 in Washington, D.C.  The location is a two-bedroom apartment.  Upon entry, officers found the defendant Daniel Hurey (hereinafter Defendant Hurey) in one of the bedrooms with a female.  There was no one else in the apartment.  The apartment appeared to be occupied by Defendant Hurey.  There was male clothing in the apartment but no female clothing.  Mail matter for Defendant Hurey was located in the apartment.

During the search of the apartment, officers recovered a firearm.  The firearm recovered was a black H&R 1871 Pardner pump shotgun bearing serial number NZ727296.  The firearm was not loaded with any ammunition.  The firearm was located in plain view on the top shelf of a closet in the second bedroom, which was not occupied.  After officers recovered the firearm, Defendant Hurey said that the firearm did not work and that the barrel was missing.

Officers recovered an additional shotgun barrel from the kitchen area of the apartment.  Officers also recovered ammunition from the T.V. stand in the living room including 8 rounds of shotgun shells, 21 rounds of .45 caliber ammunition and 1 empty Glock magazine.

A WALES/NCIC check of Defendant Hurey revealed that the defendant has previously been convicted of a crime punishable by imprisonment for a term exceeding one year. A criminal history check of Defendant Hurey through the National Crime Information Center confirmed that the defendant has a prior felony conviction in the Circuit Court for Montgomery County, Maryland for Armed Robbery, case number 128334C.

There are no firearm and ammunition manufacturers in the District of Columbia. Accordingly, your affiant believes that the firearm and ammunition traveled in interstate commerce before their possession by the defendant on October 17, 2019.


_____
OFFICER JAMES JACOBS
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF OCTOBER, 2019.


_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE